UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK MCCLENDON                                CIVIL ACTION

VERSUS                                           NUMBER: 12-0307

N. BURL CAIN, WARDEN                             SECTION: "N"(5)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 31, 2013 (Rec. Doc. No. 15), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Patrick McClendon for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE** as successive.

New Orleans, Louisiana, this 10th day of June, 2013.

UNITED STATES DISTRICT JUDGE