UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK MCCLENDON                                CIVIL ACTION

VERSUS                                           NUMBER: 12-0307

N. BURL CAIN, WARDEN                             SECTION: "N"(5)

### J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment against petitioner, Patrick McClendon, dismissing with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. §2254.

New Orleans, Louisiana, this 10th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE