UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK MCCLENDON | CIVIL ACTION |
| VERSUS | NO. 12-307 |
| N. BURL CAIN, WARDEN | SECTION "N"  (5) |

## **O R D E R**

The Court, having considered the petitioner's Motion to Set Aside Judgment (Rec. Doc. 28), the record, the applicable law, the Report and Recommendation of the Magistrate Judge (Rec. Doc. 30), and the petitioner's Objection to the Magistrate's Report and Recommendation (Rec. Doc. 31), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in the matter.   Accordingly;

**IT IS ORDERED** that the petitioner's Motion to Set Aside Judgment **(Rec. Doc. 28)** is hereby **DENIED**.

New Orleans, Louisiana, this 1st day of April, 2014.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**